# In the United States Court of Federal Claims

No. 19-921 C
(Filed: July 30, 2019)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BUFFERS USA, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**Damich**, Senior Judge.

On June 24, 2019, Plaintiff, Buffers USA, Inc., appearing *pro se*, filed a Complaint in this Court. Pursuant to Rule 83.1 of the Rules of the United States Court of Federal Claims, a corporation must be represented by counsel. Accordingly, on June 26, 2019, the Court ordered Plaintiff to obtain counsel and to file notification of such by no later than July 26, 2019. *See* ECF No. 4. In that order, the Court stated "[i]f Plaintiff fails to obtain and file notice of counsel by July 26, 2019, this case will be dismissed for failure to prosecute."

To date, no attorney has entered an appearance on behalf of Plaintiff and no notice of counsel has been filed. Therefore, pursuant to Rule 41(b) of the Rules of the Court of Federal Claims ("RCFC"), the Court hereby **DISMISSES WITHOUT PREJUDICE** Plaintiff's complaint for failure to prosecute. RCFC Rule 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, the court may dismiss on its own motion . . . .").

The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

                                                  EDWARD J. DAMICH
                                                  Senior Judge

7018 0040 0001 1393 1839